**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : CRIMINAL ACTION NO. |
| OPEOLUWA ADIGUN, | : 1:10-CR-202-1-RWS |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Russell G. Vineyard [Doc. No. 384]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 384] is hereby approved and adopted as the opinion and order of this Court. As such, the Motion to Vacate Sentence [Doc. No. 366] is DENIED, and a Certificate of Appealability is DENIED.

**SO ORDERED**, this 11th day of April, 2016.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)